UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALONSO L. HERNANDEZ, aka            ) Case No. SACV 07-1096-DMG(RC)
ALONSO LEROY HERNANDEZ, aka         )
ALONSO LEEROY HERNANDEZ,            )
                                    )
                    Petitioner,     )
                                    ) JUDGMENT
vs.                                 )
                                    )
K. HARRINGTON,[1]                   )
                                    )
                    Respondent.     )
_____ )

    Pursuant to the Order of the Court adopting the findings,
conclusions, and recommendations of United States Magistrate Judge
Rosalyn M. Chapman,

    IT IS ADJUDGED that the second amended petition for writ of
habeas corpus is denied and the action is dismissed with
prejudice.

DATED: June 21, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

_____
    [1]  Pursuant to Fed. R. Civ. P. 25(d)(1), K. Harrington is
substituted as respondent.